UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NATHANIEL MURRAY,
                     Plaintiff,

-v-

BRAG SALES, INC., doing business as Uneeda Enterprises, and BRADLEY J. GRUBER,
                     Defendants.

23-CV-6610 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In this job discrimination case, Plaintiff Jonathan Nathaniel Murray moves "to skip mediation, accept defendants' guilty plea during EEOC process, [and] order to pay compensatory damages." (ECF No. 10). Plaintiff fails to cite any case law or statutory authority in support of his requested relief. Plaintiff's motion also fails to establish that Defendants pleaded guilty to any claims or that any compensatory damages were assessed.

Accordingly, Plaintiff's motion is denied. The Clerk of the Court is directed to close the motion at ECF No. 10.

Plaintiff shall respond to Defendants' motion to dismiss, ECF No. 16, on or before December 11, 2023.

    SO ORDERED.

Dated: November 9, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge