UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                          Plaintiff,

                                                                **23-cv-6610 (JPO) (VF)**

              -against-

                                                                **ORDER**

BRAG SALES, INC., *d/b/a/ Uneeda*
*Enterprises, et al.,*

                          Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       At ECF No. 45, Plaintiff indicates that he wants a jury trial. The request is noted and is

reflected on the docket, as well as in Plaintiff's complaint in this case. See ECF No. 1 at 1. As

indicated in the case management plan (see ECF No. 44 at 3-4), fact discovery is ongoing and

will not be completed until May 16, 2025. The case is therefore not yet ready for a jury trial.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.

       **SO ORDERED.**

DATED:     New York, New York
           December 11, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge