> **MEMO ENDORSED**
>
> /s/ Valerie Figueredo
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
> Dated: 5/21/25
>
> Any issues Plaintiff wishes to raise including those at this motion will be addressed at the **June 9, 2025,** conference.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Nathaniel Murray

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 6610

-against-

Brug Sales inc D/B/A Uneeda enterprises Bradley J Gruber

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that ___Plaintiff___ ___Jonathan Nathaniel Murray___
(plaintiff or defendant)   (name of party who is making the motion)

requests that the Court:

Jury trail, find defendant guilty

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

5/16/2025
Dated

Signature: Jonathan Murray

Jonathan Murray
Name

Prison Identification # (if incarcerated)

1527 Belgravia Dr      Tobyhanna    PA    18466
Address                City          State  Zip Code

347-639-4686           mjonathan008@gmail.com
Telephone Number (if available)    E-mail Address (if available)

SDNY Rev: 5/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Nathaniel Murray

Fill in above the full name of each plaintiff or petitioner.

Case No. 23 CV 6610

-against-

Brag Sales inc D/B/A
uneeda enterprises
Bradley J Gruber

Fill in above the full name of each defendant or respondent.

# DECLARATION

Explain Case

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Jonathan Murray, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Rev. 6/30/16