UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                                 Plaintiff,                                  23-CV-6610 (JPO) (VF)

        -against-

                                                                     **DISCOVERY ORDER**

BRAG SALES, INC. et al.,

                                 Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As discussed at the conference on June 9, 2025, Plaintiff has failed to respond to Defendants' Initial Disclosures, First Request for Documents, First Set of Interrogatories, and Deposition Notice originally sent on November 21, 2024 (see ECF No. 48 at 1) and resent on June 9, 2025. Plaintiff is directed to respond to Defendants' discovery requests by **Wednesday, July 9, 2025**.

      The deadline for fact discovery is hereby set for **September 30, 2025**.

      **SO ORDERED.**

DATED:     New York, New York
                 June 10, 2025

                                                                   _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge