UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                           Plaintiff,                     23-CV-6610 (JPO) (VF)

      -against-                                                   **ORDER**

BRAG SALES, INC., d/b/a/ Uneeda
Enterprises, et al.,

                           Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

     At ECF No. 57, Plaintiff provides documents in response to Defendants' requests for production. Responses to document requests or other discovery requests can be sent directly to Defendants and do not need to be filed on the docket.

     The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56.

     **SO ORDERED.**

DATED:     New York, New York
                 July 1, 2025

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge