UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                       Plaintiff,

      -against-

BRAG SALES, INC. et al.,

                       Defendants.
------------------------------------------------------------------X

**23-CV-6610 (JPO) (VF)**

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A discovery conference in this matter is hereby scheduled for **Monday, October 20, 2025, at 2:00 p.m.** Please call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial **(646) 453-4442** access code **[740 907 71#]**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 61.

      **SO ORDERED.**

DATED:     New York, New York
              October 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge