UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                        Plaintiff,

      -against-

BRAG SALES, INC. et al.,

                       Defendants.
------------------------------------------------------------------X

23-CV-6610 (JPO) (VF)

**ORDER RESCHEDULING DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A discovery conference in this matter is hereby rescheduled for **Friday, October 17, 2025, at 3:30 p.m.** Please call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial **(646) 453-4442** access code **[740 907 71#]**.

      SO ORDERED.

DATED:    New York, New York
              October 14, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge