UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                        Plaintiff,

     -against-

BRAG SALES, INC. et al.,

                        Defendants.
------------------------------------------------------------------X

**23-CV-6610 (JPO) (VF)**

**DISCOVERY ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

     As discussed at the conferences on June 9, 2025 and October 17, 2025, Plaintiff has failed to respond to Defendants' Initial Disclosures, First Set of Interrogatories, and Deposition Notice originally sent on November 21, 2024 (see ECF No. 48 at 1) and resent on June 9, 2025 (see ECF No. 60 at 1). Plaintiff has indicated that the document filed at ECF No. 57 comprises his response to Defendants' First Request for Documents.

     At the conference on October 17, Defendants were directed to resend their First Set of Interrogatories to Plaintiff. Plaintiff is directed to respond to Defendants' Interrogatories in writing by **Wednesday, November 19, 2025**. Plaintiff is again warned that it is his obligation to participate in discovery and respond to Defendants' discovery requests.

     **SO ORDERED.**

DATED:     New York, New York
              October 21, 2025

                                                                        VALERIE FIGUEREDO
                                                                      United States Magistrate Judge