UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                      Plaintiff,

      -against-

BRAG SALES, INC. et al.,

                    Defendants.
------------------------------------------------------------------X

**23-CV-6610 (JPO) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are hereby directed to provide an update on the status of discovery on or by **December 5, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               November 24, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge