**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                                Plaintiff,

                -against-

BRAG SALES, INC. et al.,

                             Defendants.
-----------------------------------------------------------------X

                              **23-CV-6610 (JPO) (VF)**

                                  **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

Plaintiff is hereby directed to respond to Defendants' motion for sanctions at ECF Nos.

68 and 69 by **January 15, 2026**.

       **SO ORDERED.**

DATED:     New York, New York
              December 1, 2025

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge