**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                                   Plaintiff,

                                                                    **23-CV-6610 (JPO) (VF)**
                    -against-
                                                                    **ORDER**

BRAG SALES, INC. et al.,

                                   Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

On November 25, 2025, Defendants filed a motion for sanctions. ECF No. 68. On

December 1, 2025, Plaintiff filed a motion to dismiss Defendants' motion. ECF No. 71.

Defendants are entitled to file their motion for sanctions. Plaintiff can oppose the motion,

but he may not move to dismiss it. If Plaintiff seeks to further oppose the motion, he should

address the merits of Defendants' arguments that are laid out in ECF No. 69. Plaintiff is directed

to file any such further opposition to Defendants' motion for sanctions by **January 15, 2026**.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 71.

        **SO ORDERED.**

DATED:        New York, New York
              December 2, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge