**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JONATHAN NATHANIEL MURRAY,

                         Plaintiff,

          -against-

BRAG SALES, INC. et al.,

                       Defendants.
------------------------------------------------------------------X

**23-CV-6610 (JPO) (VF)**

**ORDER RESCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter is rescheduled for **Thursday, June 18, 2026, at 10 a.m.** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [409 984 267#].**

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 77.

      **SO ORDERED.**

DATED:     New York, New York
              May 12, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge