UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan nathaniel Murray

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 6610

-against-

Brag Sales inc D/B/A
Uneeda Enterprises Bradley J Gruber

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that plaintiff (plaintiff or defendant) Jonathan Nathaniel Murray (name of party who is making the motion)

requests that the Court:

Ready for trial

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

8/17/24
Dated

Jonathan Murray
Signature

Jonathan Murray
Name

Prison Identification # (if incarcerated)

1527 Belgravia Dr | Tobyhanna | PA | 18466
Address | City | State | Zip Code

(347) 639-4686
Telephone Number (if available)

mjonathan008@gmail.com
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Nathaniel Murray

Fill in above the full name of each plaintiff or petitioner.

Case No. 23 CV 6610

-against-

Brag Sales inc D/B/A
uneeda Enterprises
Bradley J Gruber

Fill in above the full name of each defendant or respondent.

**DECLARATION**

Give us a court trial Date

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Jonathan Murray, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Plaintiff gave in all paperwork needed to the defendants. This case should have been going to trail. Last conference call judge and defendant states that plaintiff never sent in the paperwork, that was a lie. Plaintiff resubmitted the documents with dates on them stating that it was filed years ago. Defendants still have not summited and document to disprove plaintiffs' case, even though they had years to summit documents. plaintiff has spoken with the defendant years ago and the lawyer laugh on the phone and stated that they would "never never ever pay what the plaintiff is asking for'. Plaintiff and defendants are ready for trial.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 21, 2026**

The request is premature as discovery has not been completed. Plaintiff is again reminded of his obligation to engage in discovery as detailed in the Court's order on August 11 at ECF No. 88. As explained in that order, the failure to engage in the discovery outlined by the Court may result in a recommendation that the case be dismissed with prejudice.

The Clerk of Court is respectfully directed to mail this order and terminate the motion.

8/17/26 Jonathan [illegible] 23 cv 6610

Attach additional pages and documents if necessary.

8/17/26
Executed on (date)

Jonathan Murray
Signature

Jonathan Murray
Name

Prison Identification # (if incarcerated)

1527 Belgravia Dr | Tobyhanna | PA | 18466
Address | City | State | Zip Code

(347) 639-4686
Telephone Number (if available)

mjonathan008@gmail.com
E-mail Address (if available)